

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00527-CV

**IN RE** Stephanie **AUBUCHON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Irene Rios, Justice

Delivered and Filed: November 25, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On October 29, 2020, relator filed a petition for writ of mandamus. The real party in interest filed a response, to which relator replied. After considering the petition, response, reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018-CI-06126, styled *In the Interest of L.C.M. and M.J.M., Children*, pending in the 37th Judicial District Court, Bexar County, Texas. The Honorable Michael Mery signed the temporary orders at issue in this original proceeding.